OUTDOOR EAST v. HARRELSON

No. 102P96

Case below: 121 N.C.App. 624

Petition by respondent for discretionary review pursuant to G.S. 7A-31 is allowed 10 May 1996 for the limited purpose of entering this order remanding the case to the Court of Appeals for reconsideration in light of *Appalachian Poster v. James Harrington*, No. 407A95, filed 10 May 1996.

OWEN v. UNC-G PHYSICAL PLANT

No. 162P96

Case below: 121 N.C.App. 682

Motion by Attorney General for temporary stay allowed 18 April 1996.

PACK v. RANDOLPH OIL CO.

No. 55P96

Case below: 121 N.C.App. 396

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996. Alternative petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

PASTVA v. NAEGELE OUTDOOR ADVERTISING

No. 166P96

Case below: 121 N.C.App. 656

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

PRECISION FABRICS GROUP v. TRANSFORMER SALES AND SERVICE

No. 568PA95

Case below: 120 N.C.App. 866

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 9 May 1996.